In the Interest of A.F.R.,
Minor, Plaintiff.

JUVENILE OFFICER, Respondent,

v.

N.R., Natural Father, Appellant.

No. WD 46648.

Missouri Court of Appeals,
Western District.

April 27, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 1, 1993.

Application to Transfer Denied
Aug. 17, 1993.

Christopher R. Williams, Walker & Williams, Kansas City, for appellant.

Kyla Grove, Kansas City, Guardian ad Litem.

Lori Stipp (on the brief), Mary A. Marquez, Kansas City, for respondent.

Before FENNER, P.J., and ULRICH and SPINDEN, JJ.

## ORDER

PER CURIAM:

Natural father appeals from judgment terminating parental rights. Affirmed. Rule 84.16(b).